# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| MARISSA MARTINEZ,<br>      Plaintiff,<br>v.<br>ROGER A. CATURIA, and<br>CATURIA & CATURIA D/B/A CAT-MATT<br><br>      Defendants. | CIVIL ACTION FILE NO.: |

## NOTICE OF REMOVAL

**TO:** Judges of the United States District Court
Southern District of Georgia, Brunswick Division

Pursuant to 28 U.S.C. § 1441 *et seq.*, Caturia & Caturia d/b/a Cat-Matt, and Roger A. Caturia hereby remove the civil action captioned *Marissa Martinez v. Roger A. Caturia and Caturia & Caturia D/B/A Cat-Matt,* Superior Court of Glynn County, Civil Action File No. CE23-01218 from the Superior Court of Glynn County, Georgia, to the United States District Court for the Southern District of Georgia, Brunswick Division. Removal is based upon the following:

## **Removal Based on Diversity Jurisdiction**

1. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 and this matter may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

## **Description of the Action**

2. On October 23, 2023, Plaintiff filed a Complaint against Cat-Matt and Mr. Caturia alleging negligence related to a motor vehicle accident that occurred on or about March 27, 2022, in Glynn County, Georgia. *See generally,* Plaintiff's Complaint, attached as Exhibit "A".

## **Consent for Removal**

3. The procedure for removing a case to Federal Court is codified in 28 U.S.C. § 1446 and requires that "all defendants who have been properly joined and served" consent to the removal. 28 U.S.C. § 1446(b)(2)(A) (emphasis added); *Cook v. Randolph County, Ga.*, 573 F.3d 1143, 1150 (11th Cir. 2009); *Tri-Cities Newspaper, Inc. v. Tri-Cities Printing Pressmen and Assistants' Local 349*, 427 F.2d 325, 326-27 (5th Cir. 1970).

4. Cat-Matt, the only defendants properly joined and served, consents to the removal of this Action through undersigned counsel.

5. Mr. Caturia has not yet been served.

6. Cat-Matt, which is the only defendant properly joined and served within the meaning of 28 U.S.C. § 1446, file the Notice of Removal of this Action.

## The Amount in Controversy Requirement

7. In diversity cases, 28 U.S.C. § 1332(a) requires that the matter in controversy exceed the sum or value of $75,000.

8. In Plaintiff's Complaint, she seeks to recover damages for personal injury, past and future pain and suffering, general damages, and unspecified special damages. *See generally* Plaintiff's Complaint. Plaintiff's Complaint is silent as to the amount of damages sought.

9. Prior to filing his Complaint, Plaintiff made a demand to the Defendants to settle the case on March 6, 2023, for policy limits. *See* Excerpt from June 6, 2023, Demand Letter, attached as Exhibit "B".

10. In Plaintiff's demand, Plaintiff stated "…it is our opinion that a reasonable settlement value for Marisa Martinex claim for bodily injuries, impairments, economic damages, and non-economic damages is well in excess of the disclosed policy limits." *See* Exhibit "B" at 4.

11. Thus, the amount in controversy has been established by a preponderance of the evidence pursuant to 28 U.S.C. § 1446(c)(2)(A)-(B) as shown by Plaintiff's Settlement Demand.

## The Diversity of Citizenship Requirement

12. For diversity jurisdiction under 28 U.S.C. § 1332(a)(1), the parties must be citizens of different states.

13. Plaintiff is a resident and citizen of the State of Florida and is entirely diverse from Cat-Matt. *See* Complaint, ¶ 1. According to the police report, Plaintiff is a resident of Spring Hill, Florida. *See* Motor Vehicle Crash Report, attached as Exhibit "C". Cat-Matt does not have any information indicating Plaintiff is a citizen of any state other than Florida.

14. Cat-Matt is a foreign corporation existing under the laws of State of Wisconsin and is, therefore, a citizen of Wisconsin. Plaintiff's Complaint ¶ 3; Defendants' Answer ¶ 3. Cat-Matt is entirely diverse from Plaintiff.

15. Mr. Caturia is a resident of the State of Wisconsin. *See* Complaint, ¶ 2. Mr. Caturia is entirely diverse from Plaintiff.

## Compliance with Deadline for Removal

16. Pursuant to 28 U.S.C. §1446(b)(2)(B), "Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal."

17. Cat-Matt was served on October 30, 2023. *See* Notice of Service of Process (Cat-Matt).

18. Mr. Caturia has not been served.

19. Cat-Matt has initiated removal within 30 days of receipt by or service on that defendant of the initial pleading or summons. Based on 28 U.S.C. §1446(b)(2)(B) this Notice of Removal is timely filed.

### The State Court Proceeding

20. The state court proceeding is identified as follows: *Marissa Martinez v. Roger A. Caturia and Caturia & Caturia D/B/A Cat-Matt,* Superior Court of Glynn County, Civil Action File No. CE23-01218. A Notice of this Removal will be filed with the Superior Court of Glynn County upon filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

### All State-Court Documents

21. Pursuant to 28 U.S.C. § 1446(a), the following state-court filings are attached hereto: Plaintiff's Complaint (Exhibit "A"); Summons to Cat-Matt (Exhibit "D"); Affidavit of Service of Process on Cat-Matt. (Exhibit "E"); Cat-Matt's Answer to Plaintiff's Complaint (Exhibit "F"); Written discovery requests served have not been attached for the sake of brevity.

**WHEREFORE**, Cat-Matt exercises their right under the provisions of 28 U.S.C. § 1441, *et seq.* to remove this action from the Superior Court of Glynn County, Georgia, to the United States District Court for the Southern District of Georgia, Brunswick Division.

This 29th day of November, 2023.

**NALL & MILLER, LLP**

By:   */s/ Amanda Matthews*
     **AMANDA MATTHEWS**
     Georgia Bar No. 474951

*Attorney for Defendants Caturia & Caturia, Inc. D/B/A Cat-Matt*

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
amatthews@nallmiller.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **NOTICE OF REMOVAL (Federal)** with the Clerk of Court in this matter and served a true copy of same by First Class U.S. Mail, proper postage prepaid, to counsel of record listed below.

>Jeffrey J. Humphries
>MORGAN & MORGAN
>501 Riverside Avenue, Suite 1200
>Jacksonville, Florida
>Email: jhumphries@forthepeople.com
>*Counsel for Plaintiff*

This 29th day of November, 2023.

>**NALL & MILLER, LLP**
>
>By: */s/ Amanda Matthews*
> **AMANDA MATTHEWS**
> Georgia Bar No. 474951
>
>***Attorney for Defendants Caturia & Caturia, Inc. D/B/A Cat-Matt***

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
amatthews@nallmiller.com