IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARISSA MARTINEZ,

    Plaintiff,

v.

ROGER A. CATURIA, and CATURIA & CATURIA d/b/a CAT-MATT,

    Defendants.

CIVIL ACTION NO.: 2:23-cv-123

## SECOND AMENDED SCHEDULING ORDER

The parties submitted a discovery status report on September 25, 2024. Doc. 18. In the report, the parties explained they had not been able to conduct expert witness depositions at that time and had several remaining out-of-state fact witness depositions to conduct. Id. at 1–4. The parties further explained the out-of-state nature of witnesses contributed to delays in their efforts to conduct depositions. Id. The parties requested additional time to complete outstanding depositions. Id. The Court held a telephonic status conference with the parties on October 4, 2024, at which the parties agreed to a uniform discovery deadline. Upon due consideration and for good cause shown, the Court **GRANTS** the parties' request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Close of Discovery | January 20, 2025 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | February 7, 2025 |
| Depositions of All Witnesses Taken for Use at Trial | March 7, 2025 |

| Proposed Pretrial Order | April 7, 2025 |
|---|---|

All other deadlines and instructions in the Court's previous Orders remain in full force and effect.  Docs. 8, 17.

**SO ORDERED**, this 6th day of January, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA