# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| MARISA MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGER A. CATURIA and CATURIA & CATURIA d/b/a CAT-MATT,<br><br>    Defendants. | CV 2:23-123 |

## ORDER

Before the Court is the parties' stipulation of partial dismissal, dkt. no. 22, wherein they notify the Court that they wish to dismiss with prejudice Plaintiff's independent negligence claims against Cat-Matt, including but not limited to her claims of negligent hiring, retention, supervision, and entrustment. All parties who have appeared in this matter join in the stipulation of dismissal. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), these claims are hereby **DISMISSED with prejudice**. Plaintiff's other claims remain pending.

**SO ORDERED**, this 11th day of February, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA